

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,563-01

### EX PARTE ALFREDO GONZALEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W13504-1 IN THE 355TH DISTRICT COURT FROM HOOD COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of possession with intent to deliver methamphetamine and unlawful possession of a firearm by a felon and sentenced to imprisonment. The Second Court of Appeals affirmed his convictions. *Gonzalez v. State*, No. 02-17-00373-CR (Tex. App.—Fort Worth del. Feb. 28, 2019). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that, through no fault of his own, he was denied his right to file a *pro se* petition for discretionary review in this Court. *See* TEX. R. APP. PROC. 68.2. The habeas record supports Applicant's claim. Relief is granted. *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2006); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005).

Applicant may file an out-of-time petition for discretionary review of the judgments of the Second Court of Appeals in cause number 02-17-00373-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.


Delivered:     January 13, 2021
Do not publish